1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINKSMART WIRELESS TECHNOLOGY, LLC<br><br>    *Plaintiff*,<br><br>vs.<br><br>GOGO LLC<br><br>    *Defendant*. | No. 8:18-cv-00654-JAK (JDEx) - LEAD<br><br>**ORDER RE JOINT STIPULATION RE DISMISSAL WITH PREJUDICE (DKT. 288)**<br><br>**JS-6** |
| LINKSMART WIRELESS TECHNOLOGY, LLC<br><br>    *Plaintiff*,<br><br>vs.<br><br>PANASONIC AVIONICS CORP.<br><br>    *Defendant*. | No. 8:18-cv-00662-JAK (JDEx) - CONSOLIDATED |

Based on the parties' Joint Stipulation Re Dismissal with Prejudice (the "Stipulation" (Dkt. 288)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the following actions are **DISMISSED** in their entirety, with prejudice, with each party bearing its own costs and attorneys' fees:

- *Linksmart Wireless Technology, LLC v. Panasonic Avionics Corp.*, No. 8:18-cv-00662-JAK-JDE
- *Linksmart Wireless Technology, LLC v. Emirates et al.*, No. 2:18-cv-03353-AG-JDE
- *Linksmart Wireless Technology, LLC v. WestJet Airlines Ltd. et al.*, No. 8:18-cv-00657-AG-JDE

Pursuant to the Stipulation, Plaintiff may not pursue claims for infringement relating to Panasonic-supplied systems in the following cases:

- *Linksmart Wireless Technology, LLC v. Grupo Aeromexico S.A.B. de C.V. et al.*, No. 2:18-cv-03335-AG-JDE
- *Linksmart Wireless Technology, LLC v. Air France-KLM SA*, No. 2:18-cv-03341-AG-JDE
- *Linksmart Wireless Technology, LLC v. American Airlines Group, Inc.*, No. 2:18-cv-03349-AG-JDE
- *Linksmart Wireless Technology, LLC v. Southwest Airlines Co.*, No. 8:18-cv-00660-AG-JDE
- *Linksmart Wireless Technology, LLC v. United Continental Holdings, Inc. et al.*, No. 2:18-cv-03348-AG-JDE

**IT IS SO ORDERED.**

Date: August 30, 2021

_____
John A. Kronstadt
United States District Judge